**C & G BOAT COMPANY, Inc., et al.,
Plaintiffs-Appellants,**

v.

**CRESCENT RIVER PORT PILOTS AS-
SOCIATION et al., Defendants-
Appellees.**

No. 71–3264
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

March 22, 1972.

York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

George B. Matthews, H. Barton Williams, Samuel C. Gainsburgh, Maurice L. Burk, H. Alva Brumfield, New Orleans, La., for plaintiffs-appellants.

Joseph W. Nelkin, New Orleans, La., for defendants-appellees.

Thomas J. Wyllie, New Orleans, La., for Falco, Inc.

Robert B. Acomb, Jr., New Orleans, La., for Citronelle.

P. A. Bienvenu, New Orleans, La., for Sun Oil.

Nigel E. Rafferty, New Orleans, La., for Hess Oil, etc.

Before JOHN R. BROWN, Chief Judge, and GOLDBERG and MORGAN, Circuit Judges.

PER CURIAM:

We conclude that the judgment of the district court in this matter is correct. See C & G Boat Co., Inc., et al. v. Crescent River Port Pilots Association, et al., E.D.La.1972.

Affirmed.